# Mr.Hetero.com





About Mr.Hetero
Be a Contestant
Info and Events
Merchandise
Be a Sponsor
Media Appearances
Purchase Tickets
Blog







**About Mr Hetero...**

Mr Heterosexual is the creation of Tom Crouse. On his radio show- "Engaging Your World", Tom mentioned the Mr Gay International contest that was held in San Diego and stated th "you never hear of anything for heterosexuals- someone shou have a Mr Heterosexual Contest." One thing led to another an Tom decides to put the event together.

The local and national media picked up on the event as well a the homosexual activists, who were outraged that someone could have such an event. Tom has been called by the homosexual activists everything from Osama Bin Laden- to Hitler. Why? Because he has the nerve to have an event celebrating Gods design of Heterosexuality, and also has the nerve to have at the event someone who will give testimony the fact that Jesus Christ freed them from all their sins.

Due to all of the pressure from those activists, the original venue, the Sturbridge Host- cancelled the event two days aft assuring Tom that everything was fine with having the event their facility. Not to be deterred, Tom went to Mechanics Hall see about the possibility of holding the event there, and that where it will be. A bigger and better venue!

This will be a fun and entertaining event with a life changing message. We encourage you to pray for Tom, th event, and all who are and will be involved, that it would glorify God in every way!



site design by **NewLife Development**

Mr Heterosexual 2006 - "A celebration of God's design"... (and other politically incorrect activi