

## Statement of Worcester Mayor Tim Murray Regarding the Mr. Hetero Contest

What makes Worcester a great city is the diversity of its people and the respect we share for each other. The Worcester I know values all people and abhors discrimination in any form. We must respect everyone's right to free speech even those people with whom we don't agree. However, we must also vigorously exercise our own right to speak out and speak up and say we don't condone or support events which unfairly and unjustly target a group of people because of their sexual orientation.

http://www.iworcester.com/mayorstatement.html                    **EXHIBIT B**         2/25/2006